FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

United States District Court

for the

_U.S. Court_ District of _Appeals_

RECEIVED
MAY 10 2018
U.S. Court of Appeals
For The Federal Circuit

_Brenda Marcell Owen_, Plaintiff,

v. Case No. _18-CV-101-wmc_

_Nancy Berryhill_, Defendant.

NOTICE OF APPEAL

Notice is hereby given that _Brenda Marcell Owen_ (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit _Howard T. Markey National Courts Building_ (from the final judgment) ((from an order) (describe the order)) entered in this action on _18th_ day of _April_ 2018

Ordered cases # 18-CV-100-wmc
# 18-CV-101-wmc
# 18-CV-106-wmc

_Brenda Marcell Owen_
(Signature of appellant or attorney)

Brenda Marcell Owen
506 North Main Street, Oregon, Wisconsin, 53575
(Address of appellant or attorney and e-mail address) bmarcellowen@gmail.com

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.